Wayne M. CHAPMAN

v.

Domenic VENDRESCA et al.

No. 79–16–A.

Supreme Court of Rhode Island.

May 29, 1980.

John D. Lynch, Warwick, for plaintiff.

Peter Lawson Kennedy, Providence, for defendants.

## ORDER

This case is assigned to the October, 1980 *show cause* calendar. The parties are directed to appear and show cause why their appeals should not be dismissed as premature in light of the fact that several pending claims have not yet been resolved in the Superior court. *See* Super.R.Civ.P. 54.

**In the Matter of A. L.**

No. 80–218–M.P.

Supreme Court of Rhode Island.

May 30, 1980.

Stephen C. Bridge, Asst. Public Defender, for petitioner.

Paul T. Jones, Jr., Special Counsel, The City of Providence, Providence, for respondent.

## ORDER

The petition for writ of habeas corpus is granted and the petitioner is hereby ordered to be released, provided, however, that, prior to his release, petitioner shall be presented to a justice of the Family Court in order that said court may place such reasonable restrictions on petitioner's liberty pending appeal as it deems appropriate. Such hearing shall take place within 10 days of the date of this order.

The DISCIPLINARY BOARD OF the SUPREME COURT OF RHODE ISLAND, Petitioner,

v.

**Robert T. FLYNN, Respondent.**

No.80–230–M.P.

Supreme Court of Rhode Island.

May 30, 1980.

Frank A. Carter, Jr., Chief Disciplinary Counsel, Barrington, for petitioner.

Joseph B. Carty, Providence, for respondent.

## ORDER

On May 5, 1980, this Court's Disciplinary Counsel filed a petition setting forth that respondent, Robert T. Flynn, a member of the Bar of this State had been transferred to inactive status by our order entered April 21, 1980. The petitioner requested this Court appoint substitute counsel for Robert T. Flynn, pursuant to our Rule 42–18(a), in the matter of the estate of Annie Hulme. Joseph B. Carty is hereby appointed as substitute counsel for Robert T. Flynn, pursuant to Rule 42–18, in the matter of the estate of Annie Hulme pending in the Probate Court of the City of Pawtucket, Probate number 21299.